UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cr-20465-PCH/BECERRA

**UNITED STATES OF AMERICA**,

v.

**ALIESKI CRUZ RAMIREZ,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 36], entered on November 2, 2023. In the R&R, Judge Becerra found that the Defendant Alieski Cruz Ramirez, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with health care fraud, in violation of 18 U.S.C. § 1347.

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. On November 3, 2023, the Government and Defendant filed a Joint Statement of Non-Objection to the R&R [ECF No. 37]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea [ECF No. 36] is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the

Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Friday, January 5, 2024, at 9:00 AM**.

**DONE AND ORDERED** in Miami, Florida on November 6, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record